# EXHIBIT 33



IDEM JOB 0907-178A

# CERTIFICATION OF ACCURACY

I CERTIFY, UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT WE ARE COMPETENT IN **ENGLISH** AND **SPANISH** AND THAT THE FOLLOWING IS, TO THE BEST OF OUR KNOWLEDGE AND BELIEF, A TRUE, CORRECT, COMPLETE AND ACCURATE TRANSLATION OF THE ATTACHED DOCUMENT REGARDING **FINAL PUT OPTION CONTRACT WITH THE BATES NUMBER : BDM 17308 – BDM 17330.**

AUGUST 7, 2009

---------------------------------
MARIAM NAYINY
PRESIDENT
IDEM TRANSLATIONS, INC.

550 California Ave. #310 Palo Alto, CA 94306 ⬥ Tel: 650.858.4336 ⬥ Fax: 650.858.4339 ⬥ info@idemtranslations.com ⬥ www.idemtranslations.com

Page 399

IDEM JOB No. 0907-178A  PAGE 1

# NOTARIAL ASSOCIATION OF THE FEDERAL DISTRICT

NOTARY'S OFFICE:  **138**                                    PAGE No.:    **35727**

| | | | |
|---|---|---|---|
| [seal] | [emblem] | [seal] | [emblem] |
| José Antonio Manzanero Escutia | Notarial Association of the Federal District | *Licenciado* Mario Evaristo Vivanco Paredes | |
| United Mexican States | | United Mexican States | |
| Notary 138 | | Notary 6 | |
| Federal District, Mexico | | Federal District, Mexico | |

BOOK ONE HUNDRED SEVENTY-NINE. JAME/MLMH/AAHG.        "E"
INSTRUMENT NUMBER EIGHT THOUSAND NINE HUNDRED NINETY-FOUR.
MEXICO, FEDERAL DISTRICT, the fifteenth day of November two thousand four.

I, JOSE ANTONIO MANZANERO ESCUTIA, holder of notary office number one hundred thirty-eight of the Federal District, certify that before me appeared Mr. Raúl Julián Gutiérrez, representing "ORIENT FISHERIES, INCORPORATED," and *licenciado*[1] Javier Becerra Pino, representing "BANCO NACIONAL DE MÉXICO," SOCIEDAD ANÓNIMA, AS TRUSTEE OF THE TRUST CALLED "FONDO DE GARANTÍA Y FOMENTO PARA LAS ACTIVIDADES PESQUERAS," and he showed me three originals of a contract dated the fifteenth day of November two thousand four.

The appearants apposed before me the signatures that appear on said contracts, ratifying their content.

All the originals are identical and accord with one another.

I annex at the end of this document, as Exhibit "A," one original of the contract that is the subject of this document, and I return the two other originals, duly certified, to the appearants.

I, THE NOTARY, CERTIFY:

I. That in my judgment the appearants have legal capacity to sign this document, and that I have obtained proof of their identity in conformity with the statement annexed to this document as Exhibit "B."

II. That the representatives of   "ORIENT FISHERIES, INCORPORATED" and "BANCO NACIONAL DE MÉXICO," SOCIEDAD ANÓNIMA, represent that their representatives are legally competent to perform this act, and that they have evidenced their capacities, which have not been revoked or modified in any way and which remain in effect on their terms, with the documents annexed to this instrument as Exhibits "C" and "D."

III. That the appearants have provided the following personal data:

RAUL JULIÁN GUTIÉRREZ, U.S. American, native of Havana, Cuba, where he was born on the eleventh day of April nineteen hundred fifty-three, single, domiciled at Rodolfo T. Loaiza, no house number, Colónia Zona Dorada, postal code number thirty-two thousand one hundred ten, Mazatlán, Sinaloa, manager;

**BDM 017308**

---

[1] "Licenciado" is a title whose meaning varies widely according to each location in Latin America. Even within Mexico, it may sometimes refer to any graduate holding a University degree, at other times to an accountant, and at other times to an attorney. It is therefore safer for the accuracy of the translation to leave the term in Spanish without using any specific English term as an equivalent. – *Translator*

IDEM JOB No. 0907-178A  PAGE 2

-2-
8,994

JAVIER BECERRA PINO, Mexican, native of Tapachula, State of Chiapas, where he was born on the fourteenth day of October nineteen hundred sixty-one, married, domiciled at Periférico Sur number four thousand three hundred, Colónia Jardines del Pedregal de San Angel, Delegación Coyoacán, postal code number zero four thousand five hundred, attorney at law.

IV. That I informed the appearants of the penalties incurred by parties who make false statements before a notary.

V. That I had before me the documents cited in this instrument according to the characteristics and capacity of each document as specified in each document, as specified in this instrument.

VI. That after this instrument had been read aloud and explained to the appearants, and they had been informed of their right to read it themselves, they stated their full understanding and approval of it and the additions and changes made to it, if any, and they signed it on the fifteenth day of November two thousand four, at which time I certified it. I swear
THE CROSSED OUT EXPRESSIONS: "NACIONAL," "SOCIEDAD ANÓNIMA," "NACIONAL", "SOCIEDAD ANONIMA," ARE INVALID.

[Three illegible signatures]

[seal]
José Antonio Manzanero Escutia
United Mexican States
Notary 138
Federal District, Mexico

THE SUPPLEMENTARY NOTES WILL BE PLACED ON SEPARATE PAGES ANNEXED AT THE END OF THIS INSTRUMENT.

BDM 017309

138

FILE NUMBER: **8994**

ASSOCIATED

# NOTARIES

OF THE FEDERAL DISTRICT

JOSÉ ANTONIO MANZANERO ESCUTIA
MARIO EVARISTO VIVANCO PAREDES

A CONTRACT

B IDENTIFICATION OF THE PARTIES

C LEGAL EXISTENCE

D LEGAL EXISTENCE

E SUPPLEMENTARY NOTES

BDM 017310

**CONTRACT PURSUANT TO WHICH ORIENT FISHERIES, INCORPORATED (HEREINAFTER CALLED THE "COMPANY"), REPRESENTED HEREIN BY MR. RAÚL GUTIÉRREZ, ESTABLISHES AN OPTION TO SELL IN FAVOR OF BANCO DE MÉXICO, AS TRUSTEE OF THE TRUST KNOWN AS FONDO DE GARANTÍA Y FOMENTO PARA LAS ACTIVIDADES PESQUERAS (HEREINAFTER CALLED THE "TRUSTEE"), REPRESENTED BY *LICENCIADO* JAVIER BECERRA PINO, IN CONFORMITY WITH THE FOLLOWING RECITALS AND THE REPRESENTATIONS AND ARTICLES:**

## W H E R E A S

**Sole item**. – The Federal Government of the United Mexican States, as Sole Trust Founder of the Central Federal Public Administration, through the Secretary of the Treasury and Public Credit and Banco de México as Trustee, entered into a Trust Agreement dated 28 July 1988, establishing the Trust called Fondo de Garantía y Fomento para las Activadades Pesqueras (hereinafter called "FOPESCA"), and the trust assignment was delivered to said Banco de México.

## R E P R E S E N T A T I O N S

**I. The Company, through its representative, represents that**:

a) It is a company constituted according to the Laws of the State of California in the United States of America, with operations in Mexico, and that its corporate purpose includes, among other activities, the sale and distribution of shrimp in the United States of America and in other countries.

b) For the purposes of the within Contract, it indicates as its domicile 5970 Alcoa Avenue, Vernon, California 90058, U.S.A.

c) Mr. Raúl Gutiérrez, its Vice-President of Operations, functions as its legal representative. He has sufficient power to subscribe this type of contract, as is evidenced by a general power of attorney for legal actions and collections and administrative acts, issued to him on 22 December 1999, bearing the Apostille, and his powers have not been modified or revoked in any way as of the date of the within contract.

d) On 15 November 2004, Habaire, S.A. de C.V., as trust founder, subscribed the amendment to trust F/00061 (hereinafter called the "Habaire Trust"), whose trustee is Banco JP Morgan, S.A., a Multiple Banking Institution, JP Morgan Grupo Financiero (hereinafter called the "Habaire Trustee") for the purpose of allocating certificates of deposit covering the ownership of shrimp and thereby setting up a program for financing of inventories.

[seal]

**BDM 017311**

e) The signing, making, and performance by the Company of the within contract are included in its corporate purpose, have been duly authorized by means of all the corporate acts necessary, and do not violate (i) the corporate articles and bylaws in effect in the Company or (ii) any law or regulatory or contractual provision of any kind that binds or affects it.

f) It is the intention of the Company to purchase the certificates of deposit that cover the ownership of shrimp sold to it by the Trustee at the price indicated in the within contract.

g) No information, document, or report delivered by the Company to the Trustee to obtain the making of the within instrument contains erroneous information of any kind, or omits a significant fact or any other information that has the effect of leading the Trustee to erroneous conclusions with respect to its consent to the making of the within contract.

## II. The Trustee, through its Representative, represents that:

a) In terms of the contract referred to in the Sole Item of the recitals of the within instrument, the Trustee is empowered to promote and finance the national and regional economic development of fishing activities and related or ancillary activities.

b) For the purposes of this contract, it indicates as its domicile Km. 8, Antigua Carretera a Pátzcuaro, Código Postal 58341, Ciudad de Morelia, Michoacán de Ocampo, Mexico.

c) At Session No. 3/2004 the Technical Committee approved the Plan for granting Financing through Habaire, S.A. de C.V., which said plan provided for establishment, as a second stage, of a program for financing of the inventories of said company by means of allocation to the Habaire Trust of certificates of deposit covering ownership of shrimp.

d) *Licenciado* Javier Becerra Pino has sufficient power to enter into this type of contract, as is evidenced by public instrument No. 77.703 dated 3 October 2003, executed before *Licenciado* Carlos de Pablo Serna, Public Notary No. 137 of the Federal District, and his powers have not been cancelled, modified or limited in any way as of the date of signing of the within contract.

By virtue of the foregoing, the parties enter into the within Contract, subject to the following:

## A R T I C L E S

### ONE: Option to Sell Certificates of Deposit

The Company hereby undertakes unconditionally and irrevocably with the Trustee to purchase from it all the certificates of deposit that it may hold and which were allocated to the Habaire Trust and subsequently were transmitted to it, whether directly or indirectly (hereinafter called the "Certificates of Deposit").

[seal]
**BDM 017312**

3

The Trustee shall have the right, but not the obligation, to sell the Certificates of Deposit to the Company on the terms established in the within contract.

## TWO. Date of Exercise

The Trustee must indicate in writing its desire to exercise the option to sell for each Certificate of Deposit by sending written notice to the Company within 30 (thirty) days from transfer of ownership of the Certificate of Deposit to be sold to the Trustee. The selling price of said Certificate of Deposit must be indicated, and shall be calculated in conformity with the provisions of Article Three of the within contract. Said notice must be accompanied by the report referred to in Article Four of the within contract.

The Company shall have a term of 10 (ten) business days to pay for the Certificates of Deposit for which the Trustee has exercised the option to sell. The Trustee must endorse ownership in favor of the Company and deliver to it the Certificates of Deposit that are to be sold at the time of their liquidation.

## THREE. Selling price

The selling price of each Certificate of Deposit shall be the price that results from applying the following formula:

$$PVCD = VNCD*Af*[1+Dt*(Ti/360)]$$

in which

| | |
|---|---|
| PVCD = | Selling Price of each Certificate of Deposit |
| VNCD = | Declared Nominal Value of the Certificate of Deposit |
| Af = | Capacity, that is, the percentage represented by the funds received by Habaire for allocation of the Certificate of Deposit to the Habaire Trust with respect to the declared nominal value of the Certificate of Deposit in question, which shall be up to 80% of the nominal value of each of the corresponding Certificates of Deposit. |
| Dt = | Days elapsed from the date on which Habaire received funds for allocation of the Certificate of Deposit to the Habaire Trust to the date on which the sale of the said Certificate of Deposit was executed in conformity with the provisions of the within contract. |
| Ti = | Rate of Interest applicable to the disposition by the Habaire Trust of the bank credit agreements by means of which the funds to acquire said Certificate of Deposit were obtained. |

## FOUR. Report

The notice of exercising of the option to sell that is sent by the Trustee to the Company must be accompanied by a report by the Habaire Trustee confirming that the Certificate of Deposit to be

[signature]                                                                                              [seal]

**BDM 017313**

Page 405

4

sold was part of the assets of the Habaire Trust, and must also indicate the date on which the funds were delivered to Habaire, the interest rate applicable, and the corresponding capacity, for purposes of application of the formula established in the preceding article.

## FIVE. Default

In the event that the Company defaults on its payment obligation established in Article Two hereinabove, the Company shall pay, as contractual penalty, late penalties on the amounts owned and unpaid, at the interest rate obtained by multiplying the factor of 2 (two) by the most recent Interbank Balance Interest Rate (TIIE) at 28 (twenty-eight) days or the time frame substituted therefor, in the event of non-business days, as published by the Banco de México in the Official Journal of the Federation prior to the date of payment default. Said interest shall accrue from the date on which the default occurs until the date on which the total amount of the sums owed is collected.

## SIX. Obligations

The Company shall maintain its obligations to purchase the Certificates of Deposit presented to it by the Trustee for sale pursuant to the within contract until each and every one of the inventory financing operations covered by the program for the Financing for the Collection, Cultivation, and Sale of Shrimp through Habaire S.A. de C.V., referred to in representation II c) of this document has been duly liquidated, or said financing program has ended.

## SEVEN. Taxes and Expenses

The taxes generated by virtue of the within purchase and sale shall be covered by each of the parties in conformity with the provisions of applicable legislation.

Any expenses that may have to be paid to the general deposit warehouse that issued the Certificate of Deposit, and in general any other expense generated in relation to said expenses, must be paid by the Company.

## EIGHT. Applicable laws and jurisdiction

For all matters relative to the interpretation and performance of this contract, the parties expressly submit to the Laws of the United Mexican States ("Mexico"). For any controversy or dispute that may arise under this contract, the parties expressly agree to be subject to the Jurisdiction of the Federal Courts of Mexico City, D.F., Mexico, or to the Federal Courts in the State of California, United States of America, at the option of the plaintiff, and they waive recourse to the courts of any other domicile, present or future, that may be available to them under the laws of Mexico, the United States of America, or any other country.

[seal]

BDM 017314

**NINE. Notices**

Notices shall be served in writing at the domiciles indicated by the parties in the Representations. If one of the parties changes its domicile, it must report the change to the other party in writing with return receipt requested.

After the within instrument had been read aloud to the parties and its scope and legal force had been explained to them, they signed in triplicate on the 15th day of November 2004, with two originals being given to the Trustee and one to the Company.

|  |  |
|---|---|
| **THE TRUSTEE** | **THE COMPANY** |
| **BANCO DE MEXICO** | |
| **Trustee of the Federal Government in the Fondo de Garantía y Fomento para las Actividades Pesqueras (FOPESCA)** | **ORIENT FISHERIES, INCORPORATED** |
| **[signature]** | **[signature]** |
| *Licenciado* **JAVIER BECERRA PINO** | **Mr. RAÚL GUTIERREZ** |
| **Assistant General Manager for Administration and Legal Affairs** | **Vice-President of Operations** |
| | **Orient Fisheries, Incorporated** |

[seal]

**BDM 017315**

<u>IDENTIFICATION OF THE APPEARANTS</u>

A)  THE FOLLOWING PARTIES ARE PERSONALLY KNOWN TO ME:

1. Javier Becerra Pino

[Items 2-6 – no entries]

B) THE APPEARANTS LISTED BELOW IDENTIFIED THEMSELVES AS INDICATED:

1. Raúl Julian Gutiérrez, with FM3, number 1513620, issued by the SEGOB.

[Items 2-6 – no entries]

[signature]

*Licenciado* JOSE ANTONIO MANZANERO ESCUTIA

[seal]
José Antonio Manzanero Escutia
United Mexican States
Notary 138
Federal District, Mexico

**BDM 017316**

This document entitles the holder to remain in the country, as a Non-Immigrant, for 180 days, as Non-Immigrant Visitor in a fiduciary position,

pursuant to Article 42-III of the General Population Law in effect, pursuant to authorization notice of this Office number [blank]

dated 12 July 2004.

Fees paid: P$1,713.00.

Official receipt number: no number, dated 5 July 2004.

Mazatlán, Sinaloa, 12 July 2004.

Regional Office of Immigrant Migration Control

[stamp and seal]                          Place and date of issuance
                                          [signature]
[rubber stamp]                            *Licenciado* José Luis Inzunza Lopez
                                          Signature of official

[photograph]          [fingerprint]               **No. 1513620**

**HOLDER INFORMATION**

Name:           Gutiérrez, Raúl Julian
Nationality:    United States
Date of birth:  4 [REDACTED]
Place of birth: Havana, Cuba
Sex:            Male                      Marital status: Divorced

Authorized activity: For the sole purpose of rendering his services as General Manager of the company "Habaire, S.A. de C.V.," located in Mazatlán, Sinaloa.

                                          [signature]
                                          Signature of party concerned

Page 5

**BDM 017317**

BOOK ONE HUNDRED SEVENTY-NINE. JAME/MLMH/AAHG.        "C"
INSTRUMENT NUMBER EIGHT THOUSAND NINE HUNDRED NINETY-TWO.
MEXICO, FEDERAL DISTRICT, the fifteenth day of November two thousand four.

I, JOSE ANTONIO MANZANERO ESCUTIA, holder of notary office number one hundred thirty-eight of the Federal District, hereto certify the RECORDING OF THE POWER OF ATTORNEY ISSUED by ORIENT FISHERIES INCORPORATED, DBA OFI MARKESA INTERNATIONAL, at the request of Mr. Raúl Julián Gutiérrez, according to the following recital and article.

W H E R E A S

SOLE ITEM. The appearant showed me the instrument, in English with pertinent translation annexed, executed before Howard D. Choi, notary public for the County of Los Angeles, State of California, United States of America, by ORIENT FISHERIES INCORPORATED, DBA OFI MARKESA INTERNATIONAL, embodying the POWER OF ATTORNEY issued in favor of Mr. RAUL JULIÁN GUTIÉRREZ, bearing an Apostille, and annexed to this instrument as Exhibit A, and which the appearant asked me to record.

A R T I C L E

SOLE ARTICLE. The public instrument embodying the power of attorney issued by ORIENT FISHERIES INCORPORATED, DBA OFI MARKESA INTERNATIONAL, in favor of Mr. RAUL JULIÁN GUTIÉRREZ,  which was exhibited to me by the appearant and which is in the English language and bears an Apostille, is duly recorded as an exhibit annexed to this instrument as Exhibit A, so that it may produce all its legal effects, pursuant to the provisions of Article one hundred forty of the Notary Office Law for the Federal District.

I, THE NOTARY, CERTIFY:

I. That in my judgment the appearant has legal capacity to sign this document, and that I have obtained proof of his identity in conformity with the statement annexed to this document as Exhibit "B."

II. That the appearant provided the following personal data:
U.S. American, native of Havana, Cuba, where he was born on the eleventh day of April nineteen hundred fifty-three, single, domiciled at Rodolfo T. Loaiza, no house number, Colónia Zona Dorada, postal code number thirty-two thousand one hundred ten, Mazatlán, Sinaloa, manager;

III. That I informed the appearant of the penalties incurred by parties who make false statements

BDM 017318

- 2 -

[seal]
José Antonio Manzanero Escutia                                          8.992
United Mexican States
Notary 138
Federal District, Mexico

before a notary.

IV. That I had before me the documents cited in this instrument according to the characteristics and capacity of each document as specified in each document, as specified in this instrument.

V. That after this instrument had been read aloud and explained to the appearant, and he had been informed of his right to read it himself, he stated his full understanding and approval of it and the additions and changes made to it, if any, and signed it on the fifteenth day of November two thousand four, after which I certified it.    I swear.

Signature of Mr. Raúl Julián Gutiérrez

J.A. Manzanero E.            Conclusion.

Certifying seal.

THE SUPPLEMENTARY DOCUMENTS ARE ON SEPARATE PAGES TO BE ANNEXED AT THE END OF THIS INSTRUMENT.

In conformity with the provisions of Article two thousand five hundred fifty-four of the Civil Code for the Federal District, hereinafter transcribed:

"ART. 2554. In all general powers of attorney for legal actions and collections, a statement that they are issued with full general powers and the special powers that by law require a special clause shall be sufficient for them to be deemed issued without any limitation of any kind.

"In general powers of attorney to administer assets, in order for the agent to hold every type of administrative power, a statement that the power of attorney is of such nature shall be sufficient.

"In general powers of attorney to perform acts of ownership, in order for the agent to hold every type of power of ownership with respect to assets and power to perform any and every type of management in order to protect the assets, issuance of the power of attorney with such nature shall be sufficient.

"In the three cases hereinabove mentioned, when it is desired to limit the powers of the agents, the limitations shall be indicated, or the powers shall be special powers of attorney.

"Notaries shall insert this article in the texts of the powers of attorney that they issue."

I, MARIO EVARISTO VIVANCO PAREDES, HOLDER OF NOTARY OFFICE NUMBER SIXTY-SEVEN OF THE FEDERAL DISTRICT, ACTING AS PARTNER IN THE PROTOCOL OF NOTARY OFFICE NUMBER ONE HUNDRED THIRTY-EIGHT, HELD BY *LICENCIADO* JOSE ANTONIO MANZANERO

**BDM 017319**

- 3 -
8.992

ESCUTIA, ISSUE THE FIRST COPY IN ORDER FOR CONFIRMATION OF ORIENT FISHERIES INCORPORATED, DBA OFI MARKESA INTERNATIONAL, ON THREE PAGES, PROTECTED BY KINEGRAMS, AND THE NUMBERING OF WHICH IS NOT NECESSARILY CONSECUTIVE, ATTACHED ON THE FRONT OF EACH SHEET,  TOGETHER WITH MY SIGNATURE AND SEAL IN ADDITION.

MEXICO, FEDERAL DISTRICT, THE SEVENTEENTH DAY OF NOVEMBER TWO THOUSAND FOUR.  I SWEAR.

IRR/mimh

BDM 017320

IDEM JOB No. 0907-178A  PAGE 14

## ISSUANCE OF GENERAL POWER OF ATTORNEY FOR LEGAL ACTIONS AND COLLECTIONS AND ACTS OF ADMINISTRATION

Mr. Brent W. Church, as President of Orient Fisheries, Inc. DBA OFI Markesa International, issues to Raul J. Gutierrez General Power of Attorney to engage in legal actions and collections and acts of administration, with full general powers and the special powers that by law require a special clause, including the powers to cease and desist from actions for constitutional protection; acquire properties and rights at auction and otherwise, taking appropriate positions and making appropriate bids; commence and answer any type of legal action or proceeding and prosecute them in all procedures and in all courts and appeals until a final decision has been handed down; state positions and change them; obey rulings by the authorities or challenge said rulings, as he deems appropriate, by means of the appropriate legal recourse; file criminal complaints and proceedings, cooperating with the action taken by the public prosecutor; grant legal pardon; appear or refrain from appearing as party to a criminal action; to issue, back, endorse, or sign credit instruments; to represent the company in the drafting and signing of any type of contracts, memoranda, receipts, banking transactions, and any other document concerning business operations of the company executed in the United Mexican States.

### Identity

MR. BRENT W. CHURCH EVIDENCES HIS IDENTITY AS CHAIRMAN OF THE BOARD OF DIRECTORS AND HIS BROAD LEGAL POWERS TO ISSUE THE WITHIN POWER OF ATTORNEY BY MEANS OF THE DULY RECORDED RESOLUTION OF THE GENERAL MEETING OF SHARESHOLDERS, EXECUTED BY THE BOARD OF DIRECTORS OF ORIENT FISHERIES, INC., ON 18 JANUARY 1996.

Dated: 22 December 1999                          Orient Fisheries, Inc.
                                                 DBA OFI Markesa International,
                                                 A California Corporation
1912 E. Vernon Avenue
Suite 110
Vernon, California 90058                          [signature]
(323) 231-1600                                   by: Brent W. Church
(323) 231-0088                                   Its: President

**BDM 017321**

[page 15 is already in English – please refer to original: Notary flag]

BDM 017322

[page 16 is already in English – please refer to original: California all-purpose acknowledgment of signature of Brent W. Church]

BDM 017323

IDEM JOB No. 0907-178A  PAGE 17

[page 17 is already in English – please refer to original: State of California Apostille]

BDM 017324

[stamp and seal of Notary]

I, JOSE ANTONIO MANZANERO ESCUTIA, holder of Notary Office number one hundred thirty-eight of the Federal District, CERTIFY: That *licenciado* JAVIER BECERRA PINO evidenced to me his capacity as legal agent for "BANCO NACIONAL DE MÉXICO," AS  TRUSTEE OF THE TRUST CALLED "FONDO DE GARANTÍA Y FOMENTO PARA LAS ACTIVIDADES PESQUERAS," by producing the second copy of document number seventy-seven thousand seven hundred three, dated the third day of October two thousand three, executed before *licenciado* Carlos de Pablo Serna, holder of Notary Office number one hundred thirty-seven of the Federal District, the pertinent section of which said document reads as follows:

"…I confirm A POWER OF ATTORNEY as follows:

A R T I C L E S

FIRST. - "BANCO DE MÉXICO," as Trustee for the "Fideicomisos instituidos en Relación con la Agricultura" (FIRA), called the "Fondo de Garantía y Fomento para la Agricultura, Ganadería y Avicultura" (FONDO), "Fondo Especial para Financiamientos Agropecuarios" (FEFA), "Fondo Especial de Asistencia Técnica y Garantía para Créditos Agropecuarios" (FEGA), and "Fondo de Garantía y Fomento para las Actividades Pesqueras" (FOPESCA), represented herein by its General Agent and General Trustee Officer, *Licenciado* HUMBERTO ENRIQUE RUIZ TORRES, exercising the powers conferred, issues to *Licenciado* JAVIER BECERRA PINO GENERAL POWER OF ATTORNEY for LEGAL ACTIONS AND COLLECTIONS and ACTS OF ADMINISTRATION, with full general powers and also the special powers that under law require a special clause, pursuant to paragraphs first and second of Article two thousand five hundred fifty-four of the Federal Civil Code as well as the Civil Code for the Federal District and its correlative articles of Civil Codes of the States of the Mexican Republic. Consequently, the appointed legal agent shall have the powers referred to in Article two thousand five hundred eighty-seven of the Federal Civil Code and the Civil Code for the Federal District and his correlative articles of Civil Codes of the States of the Mexican Republic, except the power to sell assets, including but not limited to the power to cease and desist from, compromise, and formalize compromises in agreements, including judicial agreements and public instruments; compromise in arbitration cases; take and set forth positions; reject and accept payments; commence and cease and desist from actions for protection of constitutional rights; file any type of appeal, including appeals concerning protection of constitutional rights, and ratify criminal complaints and charges, cease and desist from complaints, and cooperate with the federal or local prosecutor, exercising the aforementioned powers before any judicial authority, whether civil, criminal, administrative, or labor, and whether Federal, State, or Municipal, and in conformity with Article Eleven of the Federal Labor Law, to represent the trustee in the Trusts hereinabove indicated before Reconciliation and Arbitration Boards in the reconciliation stage of the regular proceeding and the special proceedings indicated in said Labor Law, pursuant to the terms of Section (Roman numeral) I of Articles eight hundred seventy-six and Eight hundred ninety-five of said law, in actions in which the said trusts are parties, with power to bind said trusts in compromise agreements and conventions that must be entered into with the labor authorities.

SECOND. - In exercise of the powers referred to in the preceding article, legal agent JAVIER BECERRA PINO may act individually or jointly with any other legal agent of said trusts who has sufficient powers for the purpose.

IDENTITY. - The appearant evidences the identity of his principal and his agency as follows:

ONE. - LAW AND EXECUTIVE ORDER. With the BANCO DE MEXICO LAW, published in the Official Journal of the Federation on the twenty-third day of December nineteen hundred ninety-three, and the INTERNAL REGULATIONS OF THE BANK, published in said official journal on the thirtieth day of September nineteen hundred ninety-four, which I copy:

a). "… BANCO DE MEXICO LAW. …

"ARTICLE 1. The central bank shall be an autonomous public-law entity and shall be called Banco de México. In the exercising of its duties and in its administration it shall be governed by the provisions of this Law, enforcing paragraphs six and seven of Article 28 of the Political Constitution of the United Mexican States.

"ARTICLE 2. The purpose of Banco de México shall be to supply national currency to the economy of the country. To achieve this goal, its priority objective shall be to achieve stability of the purchasing power of said currency. The goals of the Bank shall include promotion of sound development of the financial system and ensuring of proper operation of the payment system.

"ARTICLE 3. The Bank shall perform the following functions:
I. Regulate the issuance and circulation of currency, exchange, brokerage, and financial services, and the system of payments;
II. Work with lending institutions as reserve bank and lending authority of last resort;
III. Provide treasury services to the Federal Government and act as financial agent of said government;
IV. Function as advisor to the Federal Government in economic and in particular financial matters;

**BDM 017325**

Page 417

V. Participate in the International Monetary Fund and in other international financial cooperation agencies or central bank groups, and
VI. Work with the agencies referred to in sub-section V hereinabove, with central banks, and with other foreign legal entities that exercise functions of financial authority…

…"ARTICLE 7. Banco de México may perform the following acts:

I. Operate with securities;

…IV. Establish deposits in national and foreign lending institutions and securities depositaries;
V. Acquire securities issued by international financial agencies or legal entities domiciled in other countries, as specified in sub-section II of Article 20;

…X. Execute transactions with currencies, gold, and silver, including borrowings of securities;
XI. Act as Trustee when by law it is assigned this task, or in the case of trusts whose goals aid in the performance of its functions or the functions that the Bank itself may constitute in performance of labor-law obligations incumbent upon it…

"ARTICLE 8. The operations referred to in Article 7 must be contracted on terms that are congruent with market conditions at the time of their performance, except those operations that by nature are not priced on the market. …
...
"CHAPTER VI. GOVERNANCE AND MONITORING.

"ARTICLE 38. The duties and management of Banco de México shall be performed by a Board of Governors and a Governor. The Board of Governors shall consist of five members appointed as specified in paragraph seven of Article Twenty-eight of the constitution. From among these members the Federal Executive shall appoint the Governor of the Bank, who shall preside over the Board of Governors; the other members shall be called Deputy Governors.

…"ARTICLE 47. The duties of the Governor of Banco de México shall be as follows:

"I. To be responsible for the administration and legal representation of the Bank and for the performance of its duties, without prejudice to the powers conferred by this Law upon the Board of Governors;

…"IV. To act as legal agent and fiduciary officer;

…"X. To designate and remove legal agents and fiduciary officers;
…
"TRANSITIONAL PROVISIONS.
"FIRST. This Law shall go into effect on 1 April 1994…
"SECOND. The term of the first Governor of the Bank shall end on 31 December 1997.

…"FIFTH. Banco de México, a decentralized agency of the Federal Government, is transformed into the new public-law person referred to in this Law, and retains ownership of all assets, rights, and obligations constituting part of the assets of the former…

…"SEVENTH. The powers, mandates, appointments of fiduciary officers, and in general the agencies established and the powers granted by Banco de México prior to the effective date of the within Law shall remain in existence so long as they are not expressly modified or revoked…

…"SEVENTEENTH. When laws, regulations, decrees, agreements, and other juridical orders make reverence to the Organic Law of Banco de México or to the Bank, the reference shall be deemed made to the within Law and the Institute that it governs, respectively…

"EIGHTEENTH. The Organic Law of Banco de México dated 21 December 1984 is abrogated."

b) "INTERNAL REGULATIONS OF BANCO DE MEXICO. CHAPTER I. Organization and Competence

"ARTICLE 1. The exercising of the powers accorded to the Bank by the laws and regulations, and the powers conferred by its own Law upon the Board of Governors, the Governor, or the Liabilities Committee shall be subject to the provisions of these Regulations.
…
"ARTICLE 6. For the purposes specified in subsections I and IV of Article 47 of the Law, the Governor shall have full powers of ownership and administration and for legal actions and collections, as well as all those powers that require a special clause, on the terms specified by Articles 2554 and 2587 of the Federal Civil Code and its correlative articles of Civil Codes for the Federal District and those of the States of the Federation, except powers to assume positions independently. Additionally, he shall have the powers necessary in order to subscribe and endorse credit instruments and in general to perform lending operations. Without prejudice to the provisions of the second paragraph of Article 7 of these Regulations, concerning the power to assume positions, the same shall be exercised by the Legal Department, on the terms of Article 8 and 28 of the within Regulations. The Governor may exercise the powers set forth in the preceding paragraph before individuals and before

any type of authority, except when electoral and labor law agencies and courts are involved. The exceptions specified in the two pertinent paragraphs shall also be applicable to the Governor when he is acting as fiduciary officer of the Bank.

"ARTICLE 7. In exercise of the power established in subsection X of Article 47 of the Law, the Governor may issue and revoke powers of attorney and commissions, and may delegate some of the powers indicated in the preceding article, which said powers shall not thereby be deemed replaced or amended. To evidence his identity, he shall need only to produce a certified copy of its appointment, including in the case of instruments embodying powers of attorney, commissions, or appointments of general or special fiduciary officers. In the powers of attorney, commissions, and appointment described in the preceding paragraph, the Governor may authorize legal agents and commission agents to assume positions and to exercise their powers before any type of judicial or administrative agency, including criminal, electoral, and labor law agencies. The Governor

BDM 017326

may authorize legal agents, commission agents, and fiduciary officers to issue or revoke general or special powers of attorney, in conformity with applicable provisions of law.

TWO. APPOINTMENT. In an instrument executed before me, number sixty-seven thousand three hundred ninety-two, on the fifth day of March two thousand and one, recorded on commercial page number three thousand five hundred seventy-four of the Public Register of Property and Trade for the Federal District, pursuant to which Banco de México, represented by its Government and General Fiduciary Officer GUILLERMO ORTIZ MARTINEZ, designated him General Legal Agent and General Trust Officer of Banco de México. The following is copied from said document."

"... A R T I C L E S .

"FIRST. POWER OF ATTORNEY. Dr. GUILLERMO ORTIZ MARTINEZ, Governor and General Fiduciary Officer of BANCO DE MEXICO, exercising the powers conferred upon him by the Banco de México Law and the Internal Regulations of said Central Agency, issues to *licenciado* HUMBERTO ENRIQUE RUIZ TORRES General Power of Attorney for Legal Actions and Collections and Acts of Administration and Ownership, with full general powers and also the special powers that by law require a special clause, pursuant to the terms of the first three paragraphs of Article Two thousand five hundred fifty-four and Article Two thousand five hundred eighty-seven of the Federal Civil Code as well as the Civil Code for the Federal District and correlative articles of the Civil Codes of the States of the Mexican Republic, inclusive but not limitative, to represent the principal in his own right and in the Trusts in which he is a Trustee, before any type of federal and local authorities as well as individuals, with power to ceased and desist even from actions for constitutional protection and to subscribe, grant, issue, back, endorse, and accept credit instruments on the terms of Article Nine of the General Lending Instruments and Operations Law. The authorized legal agent is expressly authorized to represent Banco de México for his own account and as Trustee in any type of internal and external lending operations. Additionally, in conformity with Article Eleven of the Federal Labor Law, said person may represent the Bank before the Federal Reconciliation and Arbitration Court and before Reconciliation and Arbitration Board and other Boards, in the reconciliation stage of the regular proceeding and the special proceedings indicated in said Labor Law, pursuant to the terms of Section (Roman numeral) One of Articles eight hundred seventy-six and Eight hundred ninety-five of said law, in actions in which the authorizing Bank is a part, with power to bind said Bank in compromise agreements and conventions that must be entered into with the labor authorities.

"SECOND. APPOINTMENT OF FIDUCIARY OFFICER. Dr. GUILLERMO ORTIZ MARTINEZ, as Government of Banco de México, appoints *licenciado* HUMBERTO ENRIQUE RUIZ TORRES General Fiduciary Officer of the Bank, with all the powers granted to him by the Banco de México Law and its Internal Regulations, as well as the Lending Institutions Law and other applicable provisions of law.

"THIRD. POWER TO SUBSTITUTE.  *Licenciado* HUMBERTO ENRIQUE RUIZ TORRES may issue powers of attorney in favor of third parties, substitute some or all of the powers conferred upon him in this instrument, but in any case reserving the exercising thereof. Additionally, he may revoke the powers of attorney or appointments that may have been made by BANCO DE MEXICO.

"FOURTH. EXERCISE.  *Licenciado* HUMBERTO ENRIQUE RUIZ TORRES, the Legal Agent and Fiduciary Officer designated, exercising the powers conferred upon him in the preceding articles, may act individually or jointly and severally with any other Legal Agent or Fiduciary Officer empowered to perform the same acts.

IDENTITY. The appearant evidences the identity of his principal and his agency as follows:

THREE. APPOINTMENT OF GOVERNOR OF BANCO DE MEXICO. With the appointment of Dr.  GUILLERMO ORTIZ MARTINEZ as Governor of Banco de México, made by Ernesto Zedillo Ponce de León, Constitutional President of the United Mexican States, pursuant to instrument that I have before me and a copy of which I certify accords with it and which I annexed to this instrument as EXHIBIT 2, and from which I copy:

(IN THE CENTER) THE NATIONAL COAT-OF-ARMS, WHICH STATES:

**BDM 017327**

"UNITED MEXICAN STATES. Dr. GUILLERMO ORTIZ MARTINEZ. This city. ERNESTO ZEDILLO PONCE DE LEON. President of the United Mexican States, pursuant to the seventh paragraph of Article 28 of the Political Constitution of the United Mexican States and Articles 38, 39, and 40 of the Banco de México Law, and by virtue of the fact that you are a member of the Board of Governors of Banco de México, with the approval of the Senate of the Honorable Congress of the Union, have appointed him Governor of Banco de México effective from 1 January nineteen hundred ninety-eight until 31 December 2003.  Genuine Suffrage, No re-election. The National Palace, 16 December 1997." (SIGNATURE OF ERNESTO ZEDILLO PONCE DE LEON, PRESIDENT OF THE UNITED MEXICAN STATES)   ON THE REVERSE, THE NATIONAL SEAL, WHICH READS: "UNITED MEXICAN STATES. DEPARTMENT OF GOVERNANCE. GENERAL GOVERNMENT OFFICE. Recorded under Number 461, on page 166, of the pertinent book. Mexico, D.F., 6 January 1996. The Director General of Government. *LICENCIADO* JUAN BURGOS PINTO" (An illegible signature)

AND TO DOCUMENT THE IDENTITY OF *LICENCIADO* JAVIER BECERRA PINO, I ISSUE THIS CERTIFICATE, ON TWO SHEETS OF PAPER, THE FIRST OF WHICH IS SEALED AND INITIALLED BY ME. COMPARED.                         I SWEAR.

      [signature]                      [seal of Notary]

[seal]                             [seal]
José Antonio Manzanero Escutia       *Licenciado* Mario Evaristo Vivanco Paredes
United Mexican States             United Mexican States
Notary 138                      Notary 6
Federal District, Mexico           Federal District, Mexico

**BDM 017328**

# SUPPLEMENTARY NOTES

NOTE          ONE
Today I issued the FIRST
Transcript, FIRST
In order, on TWO pages, for
THE RECORDS OF "BANCO DE MEXICO" in its position as FIDUCIARY FOR THE TRUSTEE
NAMED "FONDO DE GARANTÍA Y FOMENTO PARA LAS ACTIVIDADES PESQUERAS." I hereby
certify.
Mexico, Federal District, on the TWENTY-SECOND of NOVEMBER, TWO THOUSAND FOUR.
[illegible signature]


NOTE          TWO
Today I issued the FIRST
Transcript, SECOND
In order, on TWO pages, for
THE RECORDS OF "ORIENT FISHERIES INCORPORATED." I hereby certify.
Mexico, Federal District, on the TWENTY-SECOND of NOVEMBER, TWO THOUSAND FOUR.
[illegible signature]


NOTE          THREE
Today I issued the SECOND
Transcript, THIRD
In order, on TWO pages, for
THE RECORDS OF "ORIENT FISHERIES INCORPORATED." I hereby certify.
Mexico, Federal District, on the TWENTY-SECOND of NOVEMBER, TWO THOUSAND FOUR.
[illegible signature]

BDM 017329

# NOTARIAL CERTIFICATION

**I, *LICENCIADO* JOSE ANTONIO MAZANERO ESCUTIA, HOLDER OF NOTARY OFFICE ONE HUNDRED THIRTY-EIGHT IN MEXICO, FEDERAL DISTRICT, HEREBY CERTIFY AND I CONFIRM:**

**That this photostatic copy, on nineteen usable sheets, of which the first eighteen bear my seal and signature, is a true and faithful reproduction of Instrument EIGHT THOUSAND NINE HUNDRED NINETY-FOUR, dated the fifteenth of November, Two Thousand Four, before me, as well as all documents that are attached in the appendix of ten instruments, which are located on page thirty-five thousand seven hundred twenty-seven, front and reverse, of the records in my care. I hereby certify.**

**THIS CERTIFICATE IS ISSUED UNDER THE TERMS AND FOR THE PURPOSES OF ARTICLE ONE HUNDRED FIFTY-FIVE OF THE NOTARIAL LAW IN EFFECT FOR THE FEDERAL DISTRICT, WITH THE CORRESPONDING KINEGRAM ATTACHED.**

**MEXICO, FEDERAL DISTRICT, ON THE TENTH OF JULY, TWO THOUSAND NINE**

[kinegram]

[signature]
**JOSE ANTONIO MANZANERO ESCUTIA
HOLDER OF NOTARY OFFICE ONE HUNDRED THIRTY-EIGHT
IN MEXICO, FEDERAL DISTRICT,
LEGALLY WITHIN HIS ATTRIBUTES
UNITED MEXICAN STATES**

[seal]
José Antonio Manzanero Escutia
United Mexican States
Notary 138
Federal District, Mexico

**BDM 017330**

# COLEGIO DE NOTARIOS DEL DISTRITO FEDERAL

NOTARIA 138                          FOLIO AN° 35727

LIBRO CIENTO SETENTA Y NUEVE.--JAME/MLMH/ARG--------

INSTRUMENTO OCHO MIL NOVECIENTOS NOVENTA------------

MÉXICO, DISTRITO FEDERAL, a quince de noviembre del dos mil cuatro.-

JOSÉ ANTONIO MANZANERO ESCUTIA, titular de la notaría número ciento

treinta y ocho del Distrito Federal, hago constar que ante mí comparecieron el

señor Raúl Julián Gutiérrez -------------------, en representación de "ORIENT

FISHERIES, INCORPORATED" y el licenciado Javier Becerra Pino en

representación de "BANCO NACIONAL DE MÉXICO, SOCIEDAD ANÓNIMA, EN

SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO DENOMINADO "FONDO

DE GARANTÍA Y FOMENTO PARA LAS ACTIVIDADES PESQUERAS", y me

exhibieron tres -------------------------------------------------------------

----------------------- tantos de un contrato, de fecha quince de noviembre del

dos mil cuatro -----------------------------------------------------------------

Los comparecientes pusieron ante mí las firmas que aparecen en dichos

contratos, ratificándome su contenido.-------------------------------------------

Todos los tantos son idénticos y coinciden entre sí.----------------------------

Con la letra "A", agrego al apéndice de esta acta un tanto de el contrato objeto de

esta acta, y los dos ------------ restantes debidamente certificados los devuelva a

los comparecientes.------------------------------------------------------------

YO EL NOTARIO CERTIFICO:-----------------------------------------------------

I.- Que a mi juicio los comparecientes tienen capacidad legal para la celebración

de este acto y que me aseguré de su identidad conforme a la relación que agrego

al apéndice de esta acta con la letra "B"--------------------------------------

II.- Que los representantes de "ORIENT FISHERIES, INCORPORATED" y de

"BANCO NACIONAL DE MÉXICO, SOCIEDAD ANÓNIMA" manifiestan que sus

representados se encuentran capacitados legalmente para la celebración de este

acto, y acreditan las personalidades que ostentan, que no le han sido revocadas

ni en forma alguna modificadas y, que continúan vigentes en sus términos, con

los documentos que agrego al apéndice de este instrumento con las letras "C" Y

"D".-----------------------------------------------------------------------------

III.- Que los comparecientes declaran por sus generales ser.-------------------

RAUL JULIAN GUTIERREZ ------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

BDM 017308

- 2 -

8.994

JAVIER BECERRA PINO, mexicano, originario de Tapachula, estado de Chiapas, lugar donde nació el día catorce de octubre de mil novecientos sesenta y seis, casado con domicilio en Periférico Sur número excelso mil trescientos cincuenta y ... mardines del Pedregal de San Miguel Delegación Coyoacán, código postal número cero cuatro mil quinientos, abogado

IV.- Que advertí a los comparecientes de las penas en que incurren quienes declaran falsamente ante notario.

V.- Que tuve a la vista los documentos citados en este instrumento de acuerdo a las características y calidad de cada uno de ellos, que en esta escritura se especifican.

VI.- Que leído y explicado este instrumento a los comparecientes, habiéndoles hecho saber el derecho que tienen de leerlo por sí mismos, manifestaron su plena comprensión y conformidad con él y con las adiciones y variaciones realizadas al mismo, en su caso, y lo firmaron el día quince de noviembre del dos mil cuatro, mismo momento en que lo autorizo.- Doy fe.-

**LAS NOTAS COMPLEMENTARIAS SE PONDRAN EN HOJAS POR SEPARADO AGREGADAS AL APENDICE DE ESTE INSTRUMENTO**

BDM 017309



**NOTARIAS**
Asociadas del D.F.

LEGAJO No. 8994 --

José Antonio Manzanero Escutia
Mario Evaristo Vivanco Paredes

CONTRATO

RELACION DE IDENTIDAD

PERSONALIDAD

PERSONALIDAD
NOTAS COMPLEMENTARIAS

BDM 017310

**CONTRATO MEDIANTE EL CUAL ORIENT FISHERIES, INCORPORATED (EN LO SUCESIVO, LA "EMPRESA"), REPRESENTADA EN ESTE ACTO POR EL SR. RAÚL GUTIÉRREZ, OTORGA UNA OPCIÓN DE VENTA EN FAVOR DEL BANCO DE MÉXICO, EN SU CARÁCTER DE FIDUCIARIO DEL FIDEICOMISO DENOMINADO FONDO DE GARANTÍA Y FOMENTO PARA LAS ACTIVIDADES PESQUERAS (EN LO SUCESIVO, EL "FIDUCIARIO"), REPRESENTADO POR ELSEÑOR LIC. JAVIER BECERRA PINO, DE CONFORMIDAD CON EL ANTECEDENTE Y LAS DECLARACIONES Y CLÁUSULAS SIGUIENTES:**

## A N T E C E D E N T E

**Único.-** El Gobierno Federal de los Estados Unidos Mexicanos en su carácter de Fideicomitente Único de la Administración Pública Federal Centralizada, por conducto de la Secretaría de Hacienda y Crédito Público y Banco de México en su carácter de Fiduciario, celebraron un contrato de Fideicomiso con fecha 28 de julio de 1988, mediante el cual se constituyó el Fideicomiso denominado Fondo de Garantía y Fomento para las Actividades Pesqueras (en lo sucesivo, "FOPESCA"), y se entregó la encomienda fiduciaria al referido Banco de México.

## D E C L A R A C I O N E S

**I. Declara la Empresa, por conducto de su representante que:**

a) Es una empresa constituida conforme a las Leyes del Estado de California, en los EE.UU.A., con operaciones en México, y que tiene por objeto social, entre otras actividades, la venta y distribución de camarón, tanto en los EE.UU.A como en otros países.

b) Para los efectos del presente Contrato, señala como su domicilio el ubicado en el número 5970 de Alcoa Ave., Vernon, California, 90058 EE.UU.A.

c) Funge como su representante legal el Sr. Raúl Gutiérrez, Vicepresidente de Operaciones de la misma, quien cuenta con poder suficiente para suscribir este tipo de contratos, como lo acredita mediante el poder general para pleitos y cobranzas y actos de administración que le fue otorgado el 22 de diciembre de 1999, que se encuentra debidamente apostillado, y que sus facultades no le han sido modificadas o revocadas en forma alguna a la fecha del presente contrato.

d) Con fecha 15 de noviembre de 2004 la empresa Habaire, S.A. de C.V., en su calidad de fideicomitente, suscribió la modificación al fideicomiso F/00061 (en lo sucesivo, el "Fideicomiso Habaire"), cuyo fiduciario es Banco JP Morgan, S.A., Institución de Banca Múltiple, JP Morgan Grupo Financiero (en lo sucesivo, el "Fiduciario Habaire"), a efecto de poder afectar certificados de depósito que ampararen la propiedad de camarón y con ello instrumentar un programa de financiamiento de inventarios.

BDM 017311

e) La suscripción, celebración y cumplimiento por parte de la Empresa del presente contrato se encuentran comprendidos dentro de su objeto social, han sido debidamente autorizados mediante todos los actos corporativos que fueren necesarios, y no contravienen (i) los estatutos sociales vigentes de la Empresa, ni (ii) ley o disposición reglamentaria o contractual alguna que le obligue o afecte.

f) Es la intención de la Empresa comprar los certificados de depósito que amparen la propiedad de camarón que el Fiduciario le venda al precio que se señala en el presente contrato.

g) Ninguna información, documento o reporte entregado por la Empresa al Fiduciario para procurar la celebración del presente instrumento, contiene dato erróneo alguno, ni omite un hecho significativo o cualquier otro dato que tenga el efecto de inducir al Fiduciario a llegar a conclusiones erróneas respecto de su consentimiento para la celebración del presente contrato.

II. Declara el Fiduciario por conducto de su representante que:

a) En términos del contrato a que se refiere el antecedente Único del presente instrumento, está facultado para promover y financiar el desarrollo económico nacional y regional de las actividades pesqueras, y aquéllas conexas o afines;

b) Para los efectos de este contrato señala como su domicilio el ubicado en el Km. 8 de la Antigua Carretera a Pátzcuaro, Código Postal 58341, en la Ciudad de Morelia, Michoacán de Ocampo, México.

c) En la Sesión No. 3/2004 de su H. Comité Técnico, fue autorizado el Esquema para otorgar Financiamiento por Conducto de Habaire, S.A. de C.V., en el cual se establece que en la segunda etapa se instrumentará un programa de financiamiento a los inventarios de dicha empresa mediante la afectación de certificados de depósito que amparen la propiedad de camarón al Fideicomiso Habaire.

d) El señor Lic. Javier Becerra Pino, cuenta con poderes suficientes para celebrar el presente contrato, según se acredita con la escritura pública No. 77,703 del 3 de octubre de 2003, otorgada ante la fe del licenciado Carlos de Pablo Serna, Notario Público No. 137 del Distrito Federal, y que los mismos no le han sido cancelados, modificados o limitados en forma alguna a la fecha de firma de este contrato.

En virtud de lo anterior, las partes celebran el presente Contrato sujeto a las siguientes:

## C L Á U S U L A S

### PRIMERA. Opción de Venta de Certificados de Depósito.

En este acto, la Empresa se obliga de forma incondicional e irrevocable con el Fiduciario a comprarle todos los certificados de depósito de los que fuere titular que hubieren estado afectados en el Fideicomiso Habaire y posteriormente le hubieren sido transmitidos al Fiduciario, ya sea directa o indirectamente (en lo sucesivo, los "Certificados de Depósito").

BDM 017312

El Fiduciario tendrá el derecho, más no la obligación, de vender los Certificados de Depósito a la Empresa en los términos establecidos en el presente contrato.

## SEGUNDA. Fecha de Ejercicio.

El Fiduciario deberá manifestar por escrito su deseo de ejercer la opción de venta por cada Certificado de Depósito mediante comunicación que envíe por escrito a la Empresa dentro de los 30 (treinta) días a partir de que el Certificado de Depósito objeto de la venta le hubiere sido transferido en propiedad al Fiduciario, debiendo señalar el precio de venta del mismo, el cual será calculado de conformidad con lo establecido en la cláusula Tercera del presente contrato. A dicha comunicación se le deberá acompañar el informe a que se hace referencia en la cláusula Cuarta del presente.

La Empresa tendrá un plazo de 10 (diez) días hábiles para pagar los Certificados de Depósito respecto de los cuales el Fiduciario haya ejercido la opción de venta. El Fiduciario deberá endosar en propiedad a favor de la Empresa y entregarle los Certificados de Depósito que sean objeto de la venta al momento de su liquidación.

## TERCERA. Precio de Venta.

El precio de venta de cada Certificado de Depósito será el que resulte de aplicar la fórmula siguiente:

$$PVCD = VNCD*Af*[1+Dt*(Ti/360)]$$

En donde:

| | |
|---|---|
| PVCD= | Precio de Venta de cada Certificado de Depósito |
| VNCD = | Valor Nominal Declarado del Certificado de Depósito |
| Af= | Aforo, es decir, el porcentaje que representen los recursos que recibió Habaire por concepto de la afectación del Certificado de Depósito al Fideicomiso Habaire respecto al valor nominal declarado del Certificado de Depósito de que se trate, el cual será de hasta el 80% del valor nominal de cada uno de los Certificados de Depósito correspondientes. |
| Dt= | Días transcurridos desde la fecha en que Habaire recibió recursos por concepto de la afectación del Certificado de Depósito al Fideicomiso Habaire hasta la fecha en que se lleve a cabo la venta del mismo conforme a lo establecido en el presente contrato. |
| Ti= | Tasa de Interés aplicable a la disposición que hubiere efectuado el Fideicomiso Habaire de los contratos de crédito bancario mediante la cual obtuvo los recursos para adquirir dicho Certificado de Depósito. |

## CUARTA. Informe.

La comunicación de ejercicio de la opción de venta que envíe el Fiduciario a la Empresa deberá estar acompañada de un informe del Fiduciario Habaire en el que confirme que el Certificado de Depósito objeto de la venta formó parte del patrimonio del Fideicomiso Habaire, debiendo proporcionar además la fecha en que se entregaron los recursos a Habaire, la tasa de interés

aplicable y el aforo correspondiente, para efectos de la aplicación de la fórmula establecida en la cláusula anterior.

**QUINTA. Incumplimiento.**

En caso de incumplimiento por parte de la Empresa de la obligación de pago contenida en la cláusula segunda anterior, esta pagará, por concepto de pena convencional, intereses moratorios sobre las cantidades debidas y no pagadas a la tasa de interés que se obtenga de multiplicar el factor 2 (dos) por la última Tasa de Interés Interbancaria de Equilibrio (TIIE) a plazo de 28 (veintiocho) días o al plazo que sustituya a éste en caso de días inhábiles, publicada por el Banco de México en el Diario Oficial de la Federación con anterioridad a la fecha de falta de pago. Dichos intereses se causarán desde la fecha en que se presente el incumplimiento hasta la fecha en que se cubra la totalidad de las cantidades debidas.

**SEXTA. Obligaciones.**

La Empresa mantendrá sus obligaciones de compra de los Certificados de Depósito que el Fiduciario le presente a la venta al amparo del presente contrato hasta en tanto todas y cada una de las operaciones de financiamiento de inventarios al amparo del programa de Financiamiento para la Captura, Cultivo y Comercialización de Camarón a través de Habaire S.A. de C.V. a que se refiere la declaración II inciso c) de este documento hayan sido debidamente liquidadas, o el mencionado programa de financiamiento haya concluido.

**SÉPTIMA. Impuestos y Gastos.**

Los impuestos que se generen en virtud de la presente compraventa serán cubiertos por cada una de las partes de conformidad con lo establecido en la legislación aplicable.

Los gastos que, en su caso, hubiere que pagar al almacén general de depósito que emitió los Certificados de Depósito, así como en general cualquier otro gasto que se genere en relación con los mismos, deberán ser pagados por la Empresa.

**OCTAVA. Leyes Aplicables y Jurisdicción.**

Para todo lo relativo a la interpretación y cumplimiento de este contrato las partes se someten expresamente a las Leyes de los Estados Unidos Mexicanos ("México"). Para cualquier controversia o disputa que surja bajo este contrato, las partes expresamente convienen en sujetarse a la Jurisdicción de los Tribunales Federales de la Ciudad de México, D.F., México o a los Tribunales Federales en el Estado de California, EE.UU.A. a elección del demandante, renunciando al fuero de cualquier otro domicilio presente o futuro que de acuerdo a la Ley de México, de los EE.UU.A o de cualquier otro país, pudiera corresponderles.





BDM 017314

**NOVENA. Notificaciones.**

Las notificaciones se realizarán por escrito en los domicilios que señalan las partes en las Declaraciones. En caso de que alguna parte cambiare de domicilio, deberá notificarlo por escrito con acuse de recibo a la otra parte.

Una vez leído y entendido por las partes el alcance y fuerza legal del presente instrumento lo firman por triplicado el día 15 de noviembre de 2004, quedando dos ejemplares en poder del Fiduciario y uno en poder de la Empresa.

<table>
<tr><td align="center"><b>EL FIDUCIARIO</b><br><b>BANCO DE MÉXICO</b><br><b>Fiduciario del Gobierno Federal en el Fondo<br>de Garantía y Fomento para las Actividades<br>Pesqueras (FOPESCA).</b></td><td align="center"><b>LA EMPRESA</b><br><br><b>ORIENT FISHERIES, INCORPORATED</b></td></tr>
<tr><td align="center"><br><br><br><br><b>LIC. JAVIER BECERRA PINO</b><br><b>Director General Adjunto de Administración y<br>Jurídico</b></td><td align="center"><br><br><br><br><b>SR. RAÚL GUTIERREZ</b><br><b>Vicepresidente de Operaciones<br>Orient Fisheries, Incorporated</b></td></tr>
</table>

BDM 017315

B

## RELACIÓN DE IDENTIDAD DE LOS COMPARECIENTES

A). CONOZCO PERSONALMENTE A:

1. *Javier Becerra Pino*

2. _____

3. _____

4. _____

5. _____

6. _____

B). LOS COMPARECIENTES QUE A CONTINUACIÓN SE ENUMERAN
SE IDENTIFICARON CON:

1. *Raúl Julián Gutiérrez, con FM3, número 1513620,*
*expedida por la SEGOB*

2. _____

3. _____

4. _____

5. _____

6. _____

LIC. JOSÉ ANTONIO MANZANERO ESCUTIA

Este documento faculta a su titular a permanecer en el país, en calidad de No Inmigrante

por ‑180‑ días, como NO INMIGRANTE VISITANTE CARGO DE CONFIANZA

de acuerdo al artículo 42, fracción III, de la Ley General de Población en vigor,

según oficio de autorización de esta Secretaría Núm.

de fecha 12 DE JULIO DEL 2004.

Derechos pagados $ 1,713.00

Recibo Oficial Núm. S/N. de fecha 05 DE JULIO DEL 2004.

MAZATLAN, SINALOA A 12 DE JULIO DEL 2004.

EL SUBDELEGADO REGIONAL DE CONTROL MIGRATORIO DEL INM.

Lugar y fecha de expedición

LIC. JOSE LUIS INZUNZA LOPEZ.

Firma del funcionario

SECRETARIA
INSTITUTO NACIONAL DE
DELEGAC
EST

Nº 1513620

(Huella digital del pulgar derecho)

## DATOS DEL TITULAR

Nombre: GUTIERREZ RAUL JULIAN

Nacionalidad: ESTADOUNIDENSE

Fecha de nacimiento: REDACTED 1953

Lugar de nacimiento: LA HABANA, CUBA

Sexo: MASCULINO Estado civil: DIVORCIADO

Actividad autorizada: CON EL EXCLUSIVO OBJETO DE QUE PRESTE SUS SERVICIOS COMO GERENTE GENERAL DE LA EMPRESA: "HABAIRE, S.A. DE C.V.", UBICADO EN MAZATLAN, SIN.

Firma del interesado

Página 5

BDM 017317

LIBRO CIENTO SETENTA Y NUEVE.--JAME/AAHG.--------------"C".---------------

INSTRUMENTO OCHO MIL NOVECIENTOS NOVENTA Y DOS.----------------------

MÉXICO, DISTRITO FEDERAL, a quince de noviembre del dos mil cuatro.----------

JOSÉ ANTONIO MANZANERO ESCUTIA, titular de la notaria número ciento

treinta y ocho del Distrito Federal, hago constar LA PROTOCOLIZACIÓN DE

PODER OTORGADO por ORIENT FISHERIES INCORPORATED DBA OFI

MARKESA INTERNATIONAL, que realizo a solicitud del señor RAÚL JULIÁN

GUTIERREZ, al tenor de los siguientes antecedente y cláusula:----------------------

-------------------------------- A N T E C E D E N T E ----------------------------------

ÚNICO.- La compareciente me exhibe redactado en idioma inglés, en unión de

su respectiva traducción, el instrumento otorgado ante Howard D. Choi, notario

público del condado de Los Ángeles, estado de California, Estados Unidos de

América, por ORIENT FISHERIES INCORPORATED DBA OFI MARKESA

INTERNATIONAL, que contiene el PODER otorgado a favor del señor RAÚL

JULIÁN GUTIERREZ, instrumento que se encuentra debidamente apostillado, el

cual agrego al apéndice de este instrumento con la letra "A" solicitándome la

compareciente su protocolización. ---------------------------------------------------------

-------------------------------- C L Á U S U L A ----------------------------------------

ÚNICA.- Queda protocolizado el instrumento público que contiene el poder

otorgado por ORIENT FISHERIES INCORPORATED DBA OFI MARKESA

INTERNATIONAL, en Los Ángeles, estado de California, Estados Unidos de

América a favor del señor RAÚL JULIÁN GUTIERREZ, que me fue exhibido por

el compareciente y que se encuentra redactado en idioma inglés, el cual

debidamente apostillado corre agregado al apéndice de este instrumento con la

letra "A", para que surta todos sus efectos legales, en términos de lo dispuesto

por el artículo ciento cuarenta de la Ley de Notariado para el Distrito Federal. ------

-------------------------- YO EL NOTARIO CERTIFICO:------------------------------------

I.- Que a mi juicio el compareciente tiene capacidad legal para la celebración de

este acto y que me aseguré de su identidad conforme a la relación que agrego al

apéndice de este instrumento con la letra " B". -------------------------------------------

II.- Que el compareciente declara por sus generales ser: ----------------------------------

Estadounidense, originario de la Habana, Cuba, lugar donde nació el día once de

abril de mil novecientos cincuenta y tres, soltero, con domicilio en Rodolfo T.

Loaiza sin número, colonia Zona Dorada, código postal número treinta y dos mil

ciento diez, Mazatlán, Sinaloa, gerente. -----------------------------------------------------

III.- Que advertí al compareciente de las penas en que incurren quienes declaran

BDM 017318

- 2 -
8,992

...ante notario.------------------------------------------------------------------------

...ve a la vista los documentos citados en este instrumento de acuerdo a

...características y calidad de cada uno de ellos, que en esta escritura se

especifican. ----------------------------------------------------------------------------

V.- Que leído y explicado este instrumento al compareciente, habiéndole hecho

saber el derecho que tiene de leerlo por sí mismo, manifestó su plena

comprensión y conformidad con él y con las adiciones y variaciones realizadas al

mismo, en su caso, y lo firmó el día quince de noviembre del dos mil cuatro,

mismo momento en que lo autorizo.--------- Doy fe. ------------------------------------

Firma del señor Raúl Julián Gutiérrez. ------------------------------------------------

J. A. Manzanero E.--------------------Rúbrica. ------------------------------------------

El sello de autorizar. ----------------------------------------------------------------------

LAS NOTAS COMPLEMENTARIAS SE PONDRAN EN HOJAS POR

SEPARADO AGREGADAS AL APÉNDICE DE ESTE INSTRUMENTO.--------------

Para cumplir con lo dispuesto por el artículo dos mil quinientos cincuenta y cuatro

del Código Civil para el Distrito Federal, a continuación se transcribe: ----------------

"ART. 2554.- En todos los poderes generales para pleitos y cobranzas bastará

que se diga que se otorga con todas las facultades generales y las especiales

que requieran cláusula especial conforme a la ley, para que se entiendan

conferidos sin limitación alguna. -------------------------------------------------------

En los poderes generales para administrar bienes, bastará expresar que se dan

con ese carácter, para que el apoderado tenga toda clase de facultades

administrativas. ----------------------------------------------------------------------------

En los poderes generales, para ejercer actos de dominio, bastará que se den con

ese carácter para que el apoderado tenga todas las facultades de dueño, tanto

en lo relativo a los bienes, como para hacer toda clase de gestiones a fin de

defenderlos.--------------------------------------------------------------------------------

Cuando se quisieren limitar, en los tres casos antes mencionados, las facultades

de los apoderados, se consignarán las limitaciones, o los poderes serán

especiales. ---------------------------------------------------------------------------------

Los notarios insertarán este artículo en los testimonios de los poderes que

otorguen". ----------------------------------------------------------------------------------

MARIO EVARISTO VIVANCO PAREDES, TITULAR DE LA NOTARÍA NÚMERO

SESENTA Y SIETE DEL DISTRITO FEDERAL, ACTUANDO COMO ASOCIADO

EN EL PROTOCOLO DE LA NOTARÍA NÚMERO CIENTO TREINTA Y OCHO

DE LA QUE ES TITULAR EL LICENCIADO JOSÉ ANTONIO MANZANERO

- 3 -
8,992

ESCUTIA, EXPIDO PRIMER TESTIMONIO PRIMERO EN SU ORDEN PARA CONSTANCIA DE ORIENT FISHERIES INCORPORATED DBA OFI MARKESA INTERNACIONAL, EN TRES PÁGINAS, PROTEGIDAS CON KINEGRAMAS, CUYA NUMERACIÓN PUEDE NO SER PROGRESIVA, ADHERIDOS EN EL ANVERSO DE CADA HOJA Y, ADEMAS, JUNTO A MI FIRMA Y SELLO. ----------- MÉXICO, DISTRITO FEDERAL, A DIECISIETE DE NOVIEMBRE DEL DOS MIL CUATRO.------ DOY FE.----------------------------------------------------------------------------- IRR/mlmh

BDM 017320

## OTORGAMIENTO DE PODER GENERAL PARA PLEITOS Y COBRANZAS Y ACTOS DE ADMINISTRACION

El Senor Brent W. Church, en su caracter de Presidente de la empresa Orient Fisheries, Inc. DBA OFI Markesa International otorga en favor del C. Raul J. Gutierrez, Poder General para pleitos y cobranzas y actos de administracion, con todas las facultades generales y las especiales que requieran clausula especial conforme ala ley, inclusive las de desistirse en el juicio de amparo, adquirir bienes y derechos en remate y fuera de el, haciendo las posturas y pujas que procedan, promover y contestar toda clase de demandas o de asuntos y seguirlos en todos sus tramites, instancias o incidentes hasta su final decision, articular y absolver posiciones, conformarse con las resoluciones de las autoridades o promover contra ellas, segun lo estime conveniente, los recursos legales procedentes, interponer denuncias y querellas penales coadyudando a la accion del ministerio publico, otorgar el perdon legal, constituirse o no en parte civil, para otorgar, endosar, avalar o suscribir titulos de credito, representar a la empresa en la elaboracion y suscripcion de todo tipo de contratos, notas, recibos, transacciones bancarias, o de cualquier otro documento correspondiente a operaciones comerciales de la empresa que se realicen en los Estados Unidos Mexicanos.

### Personalidad

El SENOR BRENT W. CHURCH ACREDITA SU PERSONALIDAD DE PRESIDENTE DEL CONSEJO DE ADMINISTRACION Y SUS AMPLIAS FACULTADES LEGALES PARA CONFERIR EL PRESENTE PODER, CON EL ACTA DE ASAMBLEA DEBIDAMENTE NOTARIADA, REALIZADA POR LA MESA DE DIRECCIONES DE DIRECTORES DE LA EMPRESA ORIENT FISHERIES, INC. CON FECHA 18 DE ENERO DE 1996.

Fechada: Diciembre 22, de 1999

Orient Fisheries, Inc.
DBA OFI Markesa International.
A California Corporation.

1912 E. Vernon Avenue.
Suite 110
Vernon, California 90058
(323) 231-1600
(323) 231-0088

by: Brent W. Church
Its: President

BDM 017321

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I, CONNY B. McCORMACK, Registrar-Recorder/County Clerk of the County of Los Angeles, State of California, being a public entity having by law a seal, do hereby certify that _HOWARD D. CHU_____,

whose name is subscribed to the annexed _____DOCUMENT_____,

_____NOTARY PUBLIC_____

the time of signing the same a _____
duly qualified and authorized by law to execute said instrument, and full faith and credit are due to all of said OFFICER's official acts as such. And I do further certify, that I am well acquainted with the handwriting of said OFFICER, and believe that the signature to the said instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the County Clerk of said County of Los Angeles at my office in said County

this _____ day of _____DEC 3 0 1999_____, 19_____.

CONNY B. McCORMACK, Registrar-Recorder/County Clerk

By _____D. Netterville_____
Deputy

**D. NETTERVILLE**

R1287A 899

BDM 017322

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of __California__

County of __Los Angeles__

On __12-22-1999__ before me, __Howard D. Choi, Notary Public__
Date                                    Name and Title of Officer (e.g. "Jane Doe, Notary Public")

personally appeared __Brent W. Church__
Name(s) of Signer(s)

☒ personally known to me – OR – ☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

HOWARD D. CHOI
Commission # 1225625
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2003

_____
Signature of Notary Public

---

**OPTIONAL**

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: __Corporate appointment of legal agent__

Document Date: __12-22-1999__                   Number of Pages: __1__

Signer(s) Other Than Named Above: __N/A__

## Capacity(ies) Claimed by Signer(s)

Signer's Name: __Brent W. Church__

☐ Individual
☒ Corporate Officer
   Title(s): __President__
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing:
__Orient Fisheries, Inc.__

Signer's Name: _____

☐ Individual
☐ Corporate Officer
   Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing:

Notary Association • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184       Prod. No. 5907       Reorder: Call Toll-Free 1-800-876-6827

BDM 017323



## State of California

### SECRETARY OF STATE

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. *Country:* United States of America

2. *This public document has been signed by*    D. Netterville

3. *acting in the capacity of* Deputy County Clerk *County of* Los Angeles, *State of California.*

4. *bears the seal/stamp of County of* Los Angeles,    *State of California.*

5. *At Los Angeles, California*

6. *the day of 18 February, 2000*

7. *by Deputy Secretary of State, State of California*

8. *No.* LA70923

9. *Seal/Stamp*

10. *Signature*



BILL JONES
Secretary of State

by *Carmelita Paule*
Carmelita Paule, Deputy

OSP 99 21639

BDM 017324

MANZANERO ESCUTIA, titular de la notaría número ciento treinta y ocho del CERTIFICO: Que el licenciado JAVIER BECERRA PINO, me acreditó su ... de "BANCO DE MÉXICO", EN SU CARÁCTER DE FIDUCIARIO DEL ... DENOMINADO "FONDO DE GARANTIA Y FOMENTO PARA LAS ACTIVIDADES PESQUERAS", con segundo testimonio de la escritura número setenta y siete mil setecientos tres, de fecha tres de octubre del dos mil tres, ante el licenciado Carlos de Pablo Serna, titular de la notaría número ciento treinta y siete del Distrito Federal, y de dicha escritura copio en su parte conducente lo que es del tenor literal siguiente: -----------------------
"... hago constar UN PODER, como sigue: ----------------------------------------------
------------------------------ C L A U S U L A S.-----------------------------------------
PRIMERA.- "BANCO DE MÉXICO", en su carácter de Fiduciario en los "Fideicomisos instituidos en Relación con la Agricultura" (FIRA), denominados "Fondo de Garantía y Fomento para la Agricultura, Ganadería y Avicultura" (FONDO), "Fondo Especial para Financiamientos Agropecuarios" (FEFA), "Fondo Especial de Asistencia Técnica y Garantía para Créditos Agropecuarios" (FEGA) y "Fondo de Garantía y Fomento para las Actividades Pesqueras" (FOPESCA), representado en este acto por su Apoderado General y Delegado Fiduciario General, señor Licenciado don HUMBERTO ENRIQUE RUIZ TORRES, en ejercicio de las facultades que tiene conferidas otorga al señor licenciado don JAVIER BECERRA PINO, PODER GENERAL para PLEITOS Y COBRANZAS y ACTOS DE ADMINISTRACIÓN, con todas las facultades generales y aún las especiales que requieran cláusula especial conforme a la Ley, en términos de los párrafos primero y segundo del artículo dos mil quinientos cincuenta y cuatro del Código Civil Federal, así como del Código Civil para el Distrito Federal y sus correlativos de los Códigos Civiles de los Estados de la República Mexicana. Consecuentemente, el apoderado instituido tendrá las facultades a que se refiere el artículo dos mil quinientos ochenta y siete de los Códigos Civiles Federal y para el Distrito Federal y sus correlativos de los Códigos Civiles de los Estados de la República Mexicana, por lo que enunciativa y no limitativamente y sin que se encuentre conferida la facultad de hacer cesión de bienes, podrá desistirse, transigir y formalizar transacciones en convenios, incluyendo en convenios judiciales o instrumentos públicos, comprometer en árbitros, absolver y articular posiciones, recusar y recibir pagos, interponer y desistirse del juicio de amparo, interponer toda clase de recursos incluyendo los de la materia de amparo y presentar y ratificar querellas y denuncias de índole penal, desistirse de las primeras y coadyuvar con el Ministerio Público Federal o local, ejercitando las anteriores facultades ante cualesquier autoridad judicial, sea civil, penal, administrativa o del trabajo, y sea que pertenezcan a la Federación, a los Estados o los Municipios, así como, de conformidad con el artículo once de la Ley Federal del Trabajo, representar al fiduciario en los Fideicomisos anteriormente señalados ante las Juntas de Conciliación y Arbitraje, en la etapa conciliatoria del procedimiento ordinario y de los procedimientos especiales que prevé la mencionada Ley Laboral, en los términos de la fracción I (romano) de los artículos ochocientos setenta y seis y ochocientos noventa y cinco de dicho ordenamiento, en los juicios en que los citados fideicomisos sea parte, gozando de facultades para obligar a éstos en los acuerdos conciliatorios y convenios que deben celebrarse ante las autoridades laborales. -------------------------------------------------------------------------
SEGUNDA.- En el ejercicio de las facultades a que se refiere la cláusula anterior, el apoderado instituido licenciado don JAVIER BECERRA PINO, podrá actuar individualmente o bien en forma mancomunada, con cualquier otro apoderado de los citados fideicomisos que cuente con facultades suficientes para ello. ----------------------------------------------------------------------
PERSONALIDAD.- El compareciente acredita la personalidad de su representado y su representación, como sigue:-----------------------------------------------------------------------
UNO.- LEY Y REGLAMENTO.- Con la LEY DEL BANCO DE MEXICO, publicada en el Diario Oficial de la Federación el veintitrés de diciembre de mil novecientos noventa y tres, y el REGLAMENTO INTERIOR DEL PROPIO BANCO, publicado en el referido diario el treinta de septiembre de mil novecientos noventa y cuatro, de los que copio: a).- "...... LEY DEL BANCO DE MEXICO.-...............ARTICULO 1º.- El banco central será persona de derecho público con carácter de autónomo y se denominará Banco de México. En el ejercicio de sus funciones y en su administración se regirá por las disposiciones de esta Ley, reglamentaria de los párrafos sexto y séptimo del artículo 28 de la Constitución Política de los Estados Unidos Mexicanos.-ARTICULO 2º.- El Banco de México tendrá por finalidad proveer a la economía del país de moneda nacional. En la consecución de esta finalidad tendrá como objetivo prioritario procurar la estabilidad del poder adquisitivo de dicha moneda. Serán también finalidades del Banco promover el sano desarrollo del sistema financiero y propiciar el buen funcionamiento de los sistemas de pagos. ARTICULO 3º.- El Banco desempeñará las funciones siguientes: I. Regular la emisión y circulación de la moneda, los cambios, la intermediación y los servicios financieros, así como los sistemas de pagos; II. Operar con las instituciones de crédito como banco de reserva y acreditante de última instancia; III. Prestar servicios de tesorería al Gobierno Federal y actuar como agente financiero del mismo; IV. Fungir como asesor del Gobierno Federal en

BDM 017325

materia económica y, particularmente financiera.) Participar en el Fondo Monetario Internacional y en otros organismos de cooperación financiera internacional o que agrupen a bancos centrales, y VI. Operar con los organismos a que se refiere la fracción V anterior, con bancos centrales y con otras personas morales extranjeras que ejerzan funciones de autoridad en materia financiera.) ARTICULO 7°.- El Banco de México podrá llevar a cabo los actos siguientes:...I.- Operar con valores;...IV. Constituir depósitos en instituciones de crédito o depositarios de valores del país o del extranjero; V. Adquirir valores emitidos por organismos financieros internacionales o personas morales domiciliadas en el exterior, de los previstos en la fracción del artículo 20;.... X. Efectuar operaciones con divisas, oro y plata, incluyendo reportos....Actuar como Fiduciario cuando por ley se le asigne esa encomienda, o bien tratándose de fideicomisos cuyos fines coadyuven al desempeño de sus funciones o de los que el propio Banco constituya para cumplir obligaciones laborales a su cargo... ARTICULO 8°.- Las operaciones a que se refiere el artículo 7°, deberán contratarse en términos que guarden congruencia con las condiciones de mercado al tiempo de su celebración, exceptuando aquéllas que por su naturaleza no tengan cotización en el mercado....CAPITULO VI.- DEL GOBIERNO Y LA VIGILANCIA.- ARTICULO 38.- El ejercicio de las funciones y la administración del Banco de México estarán encomendados, en el ámbito de sus respectivas competencias, a una Junta de Gobierno y a un Gobernador. La Junta de Gobierno estará integrada por cinco miembros designados conforme a lo previsto en el párrafo séptimo del artículo veintiocho constitucional. De entre éstos el Ejecutivo Federal nombrará al Gobernador del Banco, quien presidirá a la Junta de Gobierno; los demás miembros se denominarán Subgobernadores..............ARTICULO 47.- Corresponderá al Gobernador del Banco de México:.I.- Tener a su cargo la administración del Banco, la representación legal de éste y el ejercicio de sus funciones, sin perjuicio de las atribuciones que esta Ley confiere a la Junta de Gobierno;... IV. Actuar con el carácter de apoderado y delegado fiduciario;.....X. Designar y remover a los apoderados y delegados fiduciarios: .......TRANSITORIOS.- PRIMERO.- Esta Ley entrará en vigor el 1 de abril de 1994.... SEGUNDO.- El periodo del primer Gobernador del Banco vencerá el 31 de diciembre de 1997... QUINTO.- El Banco de México, organismo descentralizado del Gobierno Federal, se transforma en la nueva persona de derecho público a que se refiere esta Ley y conserva la titularidad de todos los bienes, derechos y obligaciones integrantes del patrimonio del primero.....SEPTIMO.- Los poderes, mandatos, designaciones de delegados fiduciarios y en general las representaciones otorgadas y las facultades concedidas por el Banco de México con anterioridad a la entrada en vigor de la presente Ley, subsistirán en sus términos en tanto no sean modificados o revocados expresamente..... DECIMO SEPTIMO.- Cuando las leyes, reglamentos, decretos, acuerdo u otros ordenamientos jurídicos hagan mención a la Ley Orgánica del Banco de México, o a este último, la referencia se entenderá hecha a la presente Ley y a la Institución que ésta regula, respectivamente.... DECIMO OCTAVO.- Se abroga la Ley Orgánica del Banco de México del 21 de diciembre de 1984......." b).- "REGLAMENTO INTERIOR DEL BANCO DE MEXICO, CAPITULO I.- De la Organización y Competencia.- ARTICULO 1°.- El ejercicio de las atribuciones que las leyes y las disposiciones reglamentarias confieran al Banco, así como el de las que su propia Ley otorga a la Junta de Gobierno, al Gobernador, o a la Comisión de Responsabilidades, se sujetará a lo dispuesto en este Reglamento..... ARTICULO 6°.- Para los efectos previstos en las fracciones I y IV del artículo 47 de la Ley, el Gobernador contará con las más amplias facultades de dominio, administración y pleitos y cobranzas, así como todas aquellas que requieran cláusula especial, en los términos previstos por los artículos 2554 y 2587 del Código Civil Federal y sus correlativos del Código Civil para el Distrito Federal y los de los Estados que integran la Federación, excepto las de absolver posiciones por sí mismo. Además, tendrá las facultades necesarias para suscribir y endosar títulos de crédito y en general celebrar operaciones de crédito. Sin perjuicio de lo dispuesto en el artículo 7°, segundo párrafo, de este Reglamento, tratándose de la facultad para absolver posiciones, corresponderá a la Dirección Jurídica su ejercicio, en los términos de los artículos 8° y 28° del presente Reglamento.- El Gobernador podrá ejercer las facultades enunciadas en el párrafo anterior ante particulares y toda clase de autoridades, excepto tratándose de autoridades y tribunales, electorales y del trabajo.- Las excepciones previstas en los dos párrafos procedentes también serán aplicables al Gobernador, cuando éste actúe como delegado fiduciario del Banco.- ARTICULO 7°.- En ejercicio de la atribución contenida en la fracción X del artículo 47 de la Ley, el Gobernador podrá otorgar o revocar poderes, comisiones o delegar parcialmente las facultades señaladas en el artículo anterior sin que éstas se entiendan sustituidas o modificadas. Para acreditar su personalidad, bastará exhibir copia certificada de su nombramiento, incluso cuando se trate de los instrumentos en que consten poderes, comisiones o designaciones de delegados fiduciarios generales o especiales.- En los poderes, comisiones y designaciones otorgados conforme al párrafo anterior, el Gobernador podrá autorizar a los apoderados y comisionistas, para que absuelvan posiciones, así como para que ejerzan sus facultades ante toda clase de autoridades judiciales o administrativas, inclusive de carácter penal, electoral o del trabajo.- El Gobernador

BDM 017326

- 3 -

apoderados, comisionistas y delegados fiduciarios para que, conforme a ...ables, éstos otorguen o revoquen poderes generales o especiales...".---
...NTO.- Con la escritura otorgada ante mí, número sesenta y siete mil tre... y dos, de cinco de marzo del dos mil uno, inscrita en el folio mercantil núme... quinientos setenta y cuatro del Registro Público de la Propiedad y de Comercio del Distrito Federal, por la que el "Banco de México", representado por su Gobernador y Delegado Fiduciario General don GUILLERMO ORTIZ MARTINEZ, le designó Apoderado General y Delegado Fiduciario General del propio "Banco de México". De dicha escritura copio: ".........C L Á U S U L A S – PRIMERA.- PODER.- El señor Doctor don GUILLERMO ORTIZ MARTINEZ Gobernador y Delegado Fiduciario General del "BANCO DE MEXICO", en ejercicio de las facultades que le confieren la Ley del Banco de México y el Reglamento Interior de dicho Instituto Central, otorga en favor del señor licenciado don HUMBERTO ENRIQUE RUIZ TORRES, Poder General para Pleitos y Cobranzas, Actos de Administración y de Dominio, con todas las facultades generales y aún las especiales que requieran cláusula especial conforme a la Ley, en términos de los artículos dos mil quinientos cincuenta y cuatro, en sus tres primeros párrafos, y dos mil quinientos ochenta y siete del Código Civil Federal, así como del Código Civil para el Distrito Federal, y sus demás correlativos de los Códigos Civiles de los Estados de la República Mexicana, a fin de que, en forma enunciativa más no limitativa, represente a la Institución mandante, por su propio derecho y en los Fideicomisos en los que sea Fiduciaria, ante toda clase de autoridades federales y locales, así como particulares, pudiendo desistirse aún del juicio de amparo, y suscribir, otorgar, emitir, endosar, avalar y aceptar títulos de crédito en los términos del artículo noveno de la Ley General de Títulos y Operaciones de Crédito. El apoderado instituido queda expresamente facultado para representar al Banco de México, por su propio derecho y en su carácter de Fiduciario, en todo tipo de operaciones de crédito interno y externo, así como, de conformidad con el artículo once de la Ley Federal del Trabajo, dicha persona podrá representar al propio Banco ante el Tribunal Federal de Conciliación y Arbitraje y ante las Juntas de Conciliación y Arbitraje ante esta (así) Juntas, entre otras, en la etapa conciliatoria del procedimiento ordinario y de los procedimientos especiales que prevé la mencionada Ley Laboral, en los términos de la fracción uno (romano), de los artículos ochocientos setenta y seis y ochocientos noventa y cinco de dicho ordenamiento, en los juicios en los que el Banco mandante sea parte, gozando de facultades para obligar al citado Banco en los acuerdos conciliatorios y convenios que deban celebrarse ante las autoridades laborales.- SEGUNDA.- NOMBRAMIENTO DE DELEGADO FIDUCIARIO.- El señor doctor don GUILLERMO ORTIZ MARTINEZ, en su aludido carácter de Gobernador del Banco de México, designa al señor licenciado don HUMBERTO ENRIQUE RUIZ TORRES, como Delegado Fiduciario General del propio Banco, con todas las facultades que le otorgan la Ley del Banco de México y su Reglamento Interior, así como la Ley de Instituciones de Crédito y demás disposiciones legales aplicables.- TERCERA.- FACULTAD DE SUSTITUCIÓN.- El señor licenciado DON HUMBERTO ENRIQUE RUIZ TORRES, podrá otorgar poderes a favor de terceros sustituyendo en todo o en parte las facultades que le son conferidas en este instrumento, pero reservándose en todo caso su ejercicio.- Asimismo, podrá revocar los poderes o designaciones que el "BANCO DE MEXICO", hubiere otorgado.- CUARTA.- EJERCICIO.- El Apoderado y Delegado Fiduciario Instituído, señor licenciado don HUMBERTO ENRIQUE RUIZ TORRES, en el ejercicio de las facultades que se le confieren conforme a las cláusulas anteriores, podrá actuar individualmente o bien en forma mancomunada con cualquier otro Apoderado o Delegado Fiduciario que tenga facultades para celebrar los mismos actos. --------------------------------------------------------------------------------------------------
PERSONALIDAD.- El compareciente acredita la personalidad de su representado y su representación como sigue: ................TRES.- NOMBRAMIENTO DE GOBERNADOR DEL "BANCO DE MEXICO".- Con la designación del señor doctor don GUILLERMO ORTIZ MARTINEZ, como Gobernador del "BANCO DE MEXICO", hecho a su favor por el Ciudadano Presidente Constitucional de los Estados Unidos Mexicanos señor licenciado Don Ernesto Zedillo Ponce de León, según oficio que tengo a la vista y del que una copia que certifico concuerda con él la agrego al APÉNDICE de este instrumento con el número "2"; y del que copio: (AL CENTRO:  ) EL ESCUDO NACIONAL QUE DICE: "ESTADOS UNIDOS MEXICANOS.- C. Doctor GUILLERMO ORTIZ MARTINEZ.- presente.- ERNESTO ZEDILLO PONCE DE LEON, Presidente de los Estados Unidos Mexicanos, con fundamento en los artículos 28, párrafo séptimo de la Constitución Política de los Estados Unidos Mexicanos y 38, 39 y 40 de la Ley del Banco de México, y en virtud de que usted es miembro de la Junta de Gobierno del Banco de México, con aprobación de la Cámara de Senadores del Honorable Congreso de la Unión, he tenido a bien nombrarlo a partir del 1° de enero de mil novecientos noventa y ocho, y hasta el 31 de diciembre de 2003, Gobernador del Banco de México, Sufragio Efectivo. No reelección. Palacio Nacional, a 16 de diciembre de 1997" (FIRMA DEL SEÑOR PRESIDENTE DE LOS ESTADOS UNIDOS MEXICANOS ERNESTO ZEDILLO PONCE DE LEÓN).- AL REVERSO EL SELLO DEL ESCUDO NACIONAL QUE DICE:

BDM 017327

"ESTADOS UNIDOS MEXICANOS.- SECRETARIA DE GOBERNACION. DIRECCION GRAL DEL GOBIERNO.- Registrado bajo el número 461, a fojas 166, del libro respectivo.- México, D.F., a 6 de enero de 1998.- EL DIRECTOR GENERAL DE GOBIERNO.- LIC. JUAN BURGOS PINTO". (Una firma ilegible)"....". --------------------------------------------------------------

Y PARA DOCUMENTAR LA PERSONALIDAD DEL LICENCIADO JAVIER BECERRA PINO, EXPIDO LA PRESENTE CERTIFICACIÓN, EN DOS HOJAS DE LAS CUALES LA PRIMERA VA SELLADA Y RUBRICADA POR MI.-------------------------------------------------------------
COTEJADA.-----------------------------DOY FE.------------------------------------------------

BDM 017328

# NOTAS COMPLEMENTARIAS

NOTA ___ UNO ___

Hoy expedí ___ PRIMER ___

testimonio(s) ___ PRIMERO ___

en su orden, en ___ DOS ___ páginas, para

CONSTANCIA DE "BANCO DE MÉXICO" en su carácter de

FIDUCIARIO DEL FIDEICOMISO DENOMINADO " FONDO DE GARANTÍA

Y FOMENTO PARA LAS ACTIVIDADES PESQUERAS" ___

___ Doy fe. ___

México, Distrito Feder . 1, a VEINTIDOS DE NOVIEMBRE ___ del DOS MIL

CUATRO. ___

---

NOTA ___ DOS ___

Hoy expedí ___ PRIMER ___

testimonio(s) ___ SEGUNDO ___

en su orden, en ___ DOS ___ páginas, para

CONSTANCIA DE " ORIENT FISHERIES INCORPORATED"

___ Doy fe. ___

México, Distrito Feder . 1, a VEINTIDOS DE NOVIEMBRE ___ del DOS

MIL CUATRO. ___

---

NOTA ___ TRES ___

Hoy expedí ___ SEGUNDO ___

testimonio(s) ___ TERCERO ___

en su orden, en ___ DOS ___ páginas, para

CONSTANCIA DE " ORIENT FISHERIES INCORPORATED"

___ Doy fe. ___

México, Distrito Feder . 1, a VEINTIDOS DE NOVIEMBRE ___ del DOS

MIL CUATRO. ___

BDM 017329

# CERTIFICACION NOTARIAL

**YO, EL LICENCIADO JOSE ANTONIO MANZANERO ESCUTIA, TITULAR DE LA NOTARIA CIENTO TREINTA Y OCHO DE MEXICO, DISTRITO FEDERAL, CERTIFICO Y HAGO CONSTAR:**

Que la presente copia fotostática en diecinueve hojas útiles de las cuales las dieciocho primeras van selladas y rubricadas por mí, es una reproducción fiel y exacta del instrumento OCHO MIL NOVECIENTOS NOVENTA Y CUATRO de fecha quince de noviembre de dos mil cuatro ante mí, así como de todos los documentos que corren agregado al apéndice de dicho instrumento, el cual obra asentado en el folio treinta y cinco mil setecientos siete, frente y vuelta del protocolo a mi cargo. Doy Fe.------------------------------------------------------------------

**LA PRESENTE CERTIFICACIÓN LA EXPIDO EN TERMINOS Y PARA LOS EFECTOS DEL ARTÍCULO CIENTO CINCUENTA Y CINCO DE LA LEY DEL NOTARIADO PARA EL DISTRITO FEDERAL EN VIGOR, CON SU CORRESPONDIENTE KINEGRAMA ADHERIDO.**

MÉXICO, DISTRITO FEDERAL, A DIEZ DE JULIO DE DOS MIL NUEVE.

JOSE ANTONIO MANZANERO ESCUTIA
TITULAR DE LA NOTARIA CIENTO TREINTA Y OCHO
DE MEXICO, DISTRITO FEDERAL, LEGALMENTE EN FUNCIONES
**ESTADOS UNIDOS MEXICANOS**

BDM 017330