LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7043 GAF (AJWx) | Date | July 12, 2010 |
|---|---|---|---|
| Title | Banco De Mexico v. Orient Fisheries | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**      (In Chambers)

### ORDER TO SHOW CAUSE

Plaintiff has submitted Exhibits 6 and 8 of the Declaration of Carlos G. Pedraza to support its motion for summary judgment as to all remaining claims. However, Plaintiff failed to identify the documents in its initial disclosures, supplemental disclosures, or interrogatory responses. (Rudin Decl. ¶ 11.) The documents were first presented on May 17, 2010, several months after the discovery cut-off date in this matter. (Id.) According to Defendant's counsel, the "documents are a complete surprise to OFI, which never had an opportunity to question any of Plaintiff's witnesses about these documents." (Id.)

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE no later than Friday, July 16, 2010**, why Exhibits 6 and 8 of the Pedraza Declaration should not be stricken from the record.

**IT IS SO ORDERED.**