Schiff Hardin LLP
Robert B. Mullen (CSB #136346)
    rmullen@schiffhardin.com
Daska P. Babcock (CSB #215172)
    dbabcock@schiffhardin.com
One Market Plaza
Spear Street Tower, Thirty-Second Floor
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701

Attorneys for Plaintiff,
BANCO DE MEXICO, as Trustee for Fondo de Garantía y Fomento para las Actividades Pesqueras and Fondo Especial de Asistencia Técnica y Garantía para Créditos Agropecuarios

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – ROYBAL FEDERAL BUILDING

| | |
|---|---|
| BANCO DE MÉXICO, as Trustee for Fondo de Garantía y Fomento para las Actividades Pesqueras and Fondo Especial de Asistencia Técnica y Garantía para Créditos Agropecuarios,<br><br>Plaintiff,<br><br>v.<br><br>ORIENT FISHERIES, INC. dba OFI MARKESA INTERNATIONAL,<br><br>Defendant. | Case No. 2:07-CV-07043 GAF (AJWx)<br><br>Judge Gary A. Feess<br>Mag. Judge Judge Andrew J. Wistrich<br><br>[PROPOSED] JUDGMENT<br><br>Date:  October 4, 2010<br>Courtroom:  740<br><br>Action filed:  October 29, 2007 |

# JUDGMENT

In accord with the abandonment of certain claims by plaintiff Banco de México, as Trustee for *Fondo de Garantía y Fomento para las Actividades Pesqueras* and *Fondo Especial de Asistencia Técnica y Garantía para Créditos Agropecuarios* (hereinafter, "Banco de México") in its Memorandum of Contentions of Fact and Law (Doc. 189), with the decisions set forth by this Court in its Memorandum & Order Regarding Defendants' Motion to Dismiss dated July 1, 2009 (Doc. 111), Memorandum & Order Regarding Defendant's Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment, dated January 21, 2010 (Doc. 229), Order Re: Motion for Reconsideration, dated April 9, 2010 (Doc. 240), and Order Re: Plaintiff's Motion for Summary Judgment on Remaining Claims, dated September 2, 2010 (Doc. 295), THE COURT ENTERS JUDGMENT AS FOLLOWS:

1. On the First Cause of Action, for Breach of Contract, and in accord with the decisions set forth in Docs. 229 and 240, judgment is entered in favor of plaintiff Banco de México and against defendant Orient Fisheries, Inc., in the amount of US$ 6,415,774.04;

2. The Second Cause of Action, for Bad Faith Denial of Contract, in accord with the decision set forth in Doc. 111, is dismissed with prejudice;

3. The Third Cause of Action, for Common Count: Failure to Pay Monies Due, in accord with plaintiff's abandonment of certain claims as set forth in Doc. 189, is dismissed with prejudice;

4. The Fourth Cause of Action, for Specific Performance, in accord with plaintiff's abandonment of certain claims as set forth in Doc. 189, is dismissed with prejudice;

5. On the Fifth Cause of Action, for Contractual Indemnity, and in accord with the decision set forth in Doc. 295, judgment is entered in favor of plaintiff Banco de México and against defendant Orient Fisheries, Inc., in

the amount of US$ 10,203,542.59;

6. The Sixth Cause of Action, for Equitable Subrogation, in accord with plaintiff's abandonment of certain claims as set forth in Doc. 189, is dismissed with prejudice;

7. The Seventh Cause of Action, for Breach of the Implied Covenant of Good Faith and Fair Dealing, in accord with the decision set forth in Doc. 111, is dismissed with prejudice;

8. The Eighth Cause of Action, for Fraud, in accord with the decision set forth in Doc. 229, is dismissed with prejudice;

9. The Ninth Cause of Action, for "Illegitimate" Enrichment, in accord with the decision set forth in Doc. 295, is dismissed without prejudice as moot;

10. The Tenth Cause of Action, for Negligent Supervision, in accord with the decision set forth in Doc. 229, is dismissed with prejudice;

11. The Eleventh Cause of Action, for Declaratory Relief, in accord with plaintiff's abandonment of certain claims as set forth in Doc. 189, is dismissed with prejudice; and, therefore,

12. Judgment hereby is entered in favor of plaintiff Banco de México and against defendant Orient Fisheries, Inc., in the total amount of US$ 16,619,316.63.

**JUDGMENT IS SO ENTERED.**

Dated: October __8__, 2010

_____
U.S. District Court Judge Gary A. Feess

SF\9817942.1